

| | | | |
|---|---|---|---|
| ·Tina Wood/ALSD/11/USCOURTS 12/30/2008 12:14 PM | To | ·Lisa Maurey/FLMD/11/USCOURTS@USCOURTS, ·Mollie Pleicones/FLMD/11/USCOURTS@USCOURTS | |
| | cc | | |
| | bcc | | |
| | Subject | MDL 1769 - In Re: Seroquel Products Liability Litigation | |

United States District Court
Attn: Lisa Maurey
George C. Young, U.S. Courthouse
401 W. Central Blvd, Suite 1200
Orlando, FL 32801

Re:   **Crooks-Hall v. AstraZeneca**
       **SDAL Case No. 2:08-cv-631**
       **MDFL Case No. 6:08-cv-2095-Orl-22DAB**

F I L E D
December 30, 2008
Date                    Time
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

Dear Lisa,

   In accordance with the Conditional Transfer Order (CTO-76) entered by the Panel and your letter of December 17, 2008, we are transferring the action listed above. Attached is a certified copy of the docket sheet as you requested.

   If you should need to access our system, you may use this link: https://156.130.62.190. The court login to our system is as follows:

   login: court
   password: family

**Please send a reply email acknowledging receipt.** If we can be of any further assistance, please do not hesitate to contact us.


08-631 Docket Sheet.pdf



*Tina Wood*
Docket Clerk
USDC, Southern District of Alabama
Tina_Wood@alsd.uscourts.gov
http://www.alsd.uscourts.gov
(251) 690-2371 - ext. 1109