

Certified to be a true and
correct copy of the original.
Charles R. Diard, Jr.
U.S. District Court
Southern District of Alabama
By *Tina Wood*
Deputy Clerk
Date: December 30, 2008

CLOSED2008

**U.S. District Court**
**Southern District of Alabama (Selma)**
**CIVIL DOCKET FOR CASE #: 2:08-cv-00631-WS-B**
**Internal Use Only**

6:08CV2095

Hall v. Astrazeneca Pharmaceuticals, LP, et al.
Assigned to: Judge William H. Steele
Referred to: Magistrate Judge Sonja F. Bivins
Cause: 28:1332 Diversity-Product Liability

Date Filed: 10/29/2008
Date Terminated: 12/22/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**
**Mary Hunter Crooks Hall**

represented by **W. Todd Harvey**
Burke, Harvey & Frankowski, LLC
One Highland Place
2151 Highland Avenue
Suite 120
Birmingham, AL 35205
(205) 930-9091
Fax: 205 930-9054
Email: tharvey@bhflegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Camille L Edwards**
2151 Highland Avenue, Suite 120
Birmingham, AL 35205
205-930-9091
Email: cedwards@bhflegal.com
*TERMINATED: 10/29/2008*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
**AstraZeneca Pharmaceuticals, LP**

**Defendant**
**AstraZeneca AB**

**Defendant**
**AstraZeneca, PLC**

**Defendant**
**AstraZeneca UK Limited**

**Defendant**
**AstraZeneca LP**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/29/2008 | 1 | COMPLAINT against all defendants, filed by Mary Huter Crooks Hall. $350 filing fee paid; Receipt #12808. (Edwards, Camille) (Additional attachment(s) added on 10/29/2008: # 1 Civil Cover Sheet) (tgw). (Entered: 10/29/2008) |
| 10/29/2008 | 2 | NOTICE of Withdrawal of Attorney Camille L Edwards on behalf of Mary Huter Crooks Hall. (Edwards, Camille) (Entered: 10/29/2008) |
| 10/29/2008 | 3 | NOTICE of Filing Proposed Summons by Mary Huter Crooks Hall (Harvey, W.) (Entered: 10/29/2008) |
| 10/30/2008 | 4 | Summons Issued as to AstraZeneca, PLC, AstraZeneca UK Limited, AstraZeneca LP, AstraZeneca Pharmaceuticals, LP, AstraZeneca AB. (Summons mailed to plaintiff's counsel for service) (tgw) (Entered: 10/30/2008) |
| 10/30/2008 | 5 | Service Order entered 10/30/2008. Plaintiff to notify the Court the action taken to effect service and the results thereof. Service order deadline set to 12/15/2008. Signed by Judge William H. Steele on 10/30/08. (tgw) (Entered: 10/30/2008) |
| 12/22/2008 | 6 | Conditional Transfer Order (MDL) from Middle District of Florida requesting transfer of action. Cover letter and certified copy of docket sheet emailed to requesting District (tgw) (Entered: 12/30/2008) |