UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| **MARY HUNTER CROOKS-HALL** | § | |
| | § | |
| (Plaintiff), | § | |
| | § | |
| v. | § | Civil Action No. 6:08-cv-2095-Orl-22DAB |
| | § | |
| **ASTRAZENECA PHARMACEUTICALS** | § | |
| **LP, ASTRAZENECA LP, ASTRAZENECA** | § | |
| **AB, ASTRAZENICA PLC, ASTRAZENECA** | § | |
| **UK LIMITED** | § | |
| | § | |
| (Defendants). | § | |

## NOTICE OF CITIZENSHIP

Plaintiff hereby files this Notice of Citizenship as ordered by United States District Judge Anne C. Conway (document 1389) on March 20, 2009, as follows:

**PLAINTIFF MARY HUNTER CROOKS-HALL** was a citizen in Akron, AL at the time the original complaint was filed.

Respectfully submitted,

PROVOST & UMPHREY LAW FIRM, L.L.P.
490 Park Street
P. O. Box 4905
Beaumont, Texas   77704
(409) 835-6000 / Fax No. (409) 838-8888
ckirchmer@provostumphrey.com

By: _____
Christopher T. Kirchmer
State Bar No. 00794099

**CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel registered in this case. Any counsel not registered for electronic notice of filing with the Clerk of Court will be mailed a copy of the above and foregoing, First Class U.S. Mail, postage prepaid and properly addressed on this 30th day of March, 2009.

                                                                                                      _____
                                                                                                      Christopher T. Kirchmer
                                                                                                      State Bar No. 00794099