IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Mary Hunter Crooks-Hall
Plaintiff,

vs.

CASE NO. 6:08-cv-02095

Astrazeneca Pharmaceuticals, L.P., et al
Defendants.

## MOTION TO WITHDRAW

Christopher T. Kirchmer and Thomas H. McGowan of Provost Umphrey Law Firm, L.L.P. ("Provost Attorneys"), Larry M. Roth of Larry M. Roth, P.A. and W. Todd Harvey of Burke, Harvey & Frankowski, L.L.C. asks the Court to allow them to withdraw as attorneys for Plaintiff, Mary Hunter Crooks-Hall.

1. Mary Hunter Crooks-Hall filed suit in the U. S. District Court for the Southern District of Alabama against defendants alleging personal injuries caused by the pharmaceutical drug Seroquel.

2. The case is part of the Seroquel MDL.

3. Plaintiff has refused to respond to counsel regarding important matters related to the prosecution of this matter.

4. The total failure of communication between Plaintiff and Provost Attorneys, Mr. Roth and Mr. Harvey has made it untenable for Provost Attorneys, Mr. Roth and Mr. Harvey to continue representing Plaintiff in this matter.

5. Provost Attorneys have delivered a copy of this motion to Plaintiff, Mary Hunter Crooks-Hall.  Notification was sent by both certified and regular mail.

6. It is unknown whether the client opposes this withdrawal because she has not responded to any attempt at communication.

7. Mary Hunter Crooks-Hall's last known address is: 60 August Jackson Road, Akron, AL 35441. The last known telephone number is: 205-535-4433.

8. There are no pending deadlines.

9. Neither the Plaintiff nor the Defendants will be prejudiced by the withdrawal of the Provost Attorneys, Mr. Roth and Mr. Harvey.

## B.  Conclusion

10. Plaintiff, Mary Hunter Crooks-Hall, and her attorneys with Provost Umphrey Law Firm, L.L.P., Larry M. Roth, P.A. and Burke, Harvey & Frankowski, L.L.C. have reached a point where the firm's continued representation is untenable.  For that reason, Christopher T. Kirchmer, Thomas H. McGowan, Larry M. Roth and W. Todd Harvey request that the Court grant this motion and allow them to withdraw as attorneys for Plaintiff, Mary Hunter Crooks-Hall.

Respectfully submitted,

PROVOST ✯ UMPHREY LAW FIRM, L.L.P.

/s/ Christopher T. Kirchmer
Christopher T. Kirchmer
Texas Bar No. 00794099
490 Park Street
Beaumont, Texas 77704
(409) 835-6000
(409) 813-8612 (fax)

2

                Thomas H. McGowan
                Provost Umphrey Law Firm, L.L.P.
                1 Riverfront Place #605
                North Little Rock, Arkansas 72114
                (501) 374-3655
                (501) 374-4279 (fax)

                Larry M. Roth
                Larry M. Roth, P.A.
                1615 Edgewater Drive, Suite 180
                P.O. Box 547637
                Orlando, FL 32854-7637
                (407) 872-2239
                (407) 872-6927 (fax)

                W. Todd Harvey
                Burke, Harvey & Frankowski, L.L.C.
                2151 Highland Avenue
                1 Highland Place, Suite 120
                Birmingham, AL 35205
                (205) 930-9091
                (205) 930-9054 (fax)

                ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Motion to Withdraw has been forwarded to all known counsel of record and as well as the Plaintiff, Mary Hunter Crooks-Hall on this the 15th day of April, 2010.

                /s/ Christopher T. Kirchmer
                Christopher T. Kirchmer