**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MARY HUNTER CROOKS-HALL,**

        **Plaintiff,**

**-vs-**                                                       **Case No. 6:08-cv-2095-Orl-22DAB**

**ASTAZENECA PHARMACEUTICALS LP,**
**ASTAZENECA LP,**

        **Defendants.**

_____

## ORDER TO SHOW CAUSE

Plaintiff is hereby notified of the filing of the Motion (Doc. No. 8) by her counsel to withdraw from representation in this case based on her failure to cooperate with counsel.  Plaintiff is **ORDERED** to show cause in writing within 11 days from the date of this Order why this case should not be dismissed for her failure to prosecute it based on her failure to cooperate with counsel.  Counsel is directed to use best efforts to provide Plaintiff with a copy of this Order and otherwise to convey its contents to her.  Failure by Plaintiff to respond timely will result in dismissal of this action.

**DONE** and **ORDERED** in Orlando, Florida on this 16th day of April, 2010.

                                                         *David A. Baker*
                                                     DAVID A. BAKER
                                       UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record