**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MARY HUNTER CROOKS-HALL,**

      **Plaintiff,**

vs.                                    **Case No. 6:08-cv-02095**

**ASTRAZENECA PHARMACEUTICALS, LP, et al.,**

      **Defendants.**

_____/

**PLAINTIFFS' LIAISON COUNSEL'S NOTICE TO THE COURT**
**REGARDING MOTION TO WITHDRAW AS COUNSEL**

The Court-Appointed Plaintiffs' Liaison Counsel, Larry M. Roth, hereby files this Notice to the Court regarding the Motion to Withdraw by counsel filed in the above-styled action.

Liaison Counsel would point out to the Court that the Motion filed by Plaintiff's counsel includes Liaison Counsel, Larry M. Roth, as part of the Motion to Withdraw "as attorney for Plaintiff".

Of course, Liaison Counsel has no objection to any Motion to Withdraw that is filed by any counsel retained by Plaintiff.  However, this Notice is given to the Court that Plaintiffs' Liaison Counsel, Larry M. Roth, does not individually or professionally represent any of the MDL Plaintiffs, nor the Plaintiff, in the above-styled cause.  Liaison Counsel does not have any attorney-client relationship with the above referred to Plaintiff, and is not participating professionally in the individual litigation involving Plaintiff in the above-styled action.

It appears that Plaintiffs' Liaison Counsel's name appears on all of the MDL Plaintiffs' cases.  When the cases are transferred by the MDL Panel, the Clerk's Office includes Liaison Counsel's name on the docket sheet as being counsel for the plaintiff because the actual plaintiff's counsel representing that individual or individuals has not yet entered any type of appearance in the case.  Thus, it appears that Liaison Counsel's name appears as counsel of record in every one of the currently pending MDL cases.

This notification is being given so the Court will understand that Plaintiffs' Liaison Counsel has no involvement in the representation of the above-styled Plaintiff, nor has any knowledge of, or participation, in the basis for this Motion to Withdraw.

RESPECTFULLY SUBMITTED this 16th day of April, 2010.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished this 16th day of April, 2010, by Notice by the CM/ECF system to all counsel of record.


/s/ Larry M. Roth

_____
Larry M. Roth
Florida Bar No.:  208116
E-mail:   lroth@roth-law.com
LAW OFFICES OF LARRY M. ROTH, P.A.
1615 Edgewater Drive, Suite 180 [32804]
Post Office Box 547637
Orlando, Florida   32854-7637
Telephone:  (407) 872-2239
Facsimile:  (407) 872-6927
Plaintiffs' Liaison Counsel