**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE: Seroquel Products Liability
Litigation

                                                  Case No.  6:06-md-1769-Orl-22DAB

**This document relates to:**

**RUTH SILLS v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:08-cv-522-Orl-22DAB**

**LORI ANN DAHLBERG v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:08-cv-524-Orl-22DAB**

**PATSY HALL v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:08-cv-525-Orl-22DAB**

**DAWN CARTER v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:08-cv-936-Orl-22DAB**

**SHARON DENNIS v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:08-cv-944-Orl-22DAB**

**LISA ANGLEN-SHEARS v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:08-cv-1325-Orl-22DAB**

**THERESA A. ROBINSON v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:08-cv-1411-Orl-22DAB**

**CAROL SHIPLEY v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:08-cv-2007-Orl-22DAB**

**MARY HUNTER CROOKS HALL v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:08-cv-2095-Orl-22DAB**

**CHRISTINE GOUGH v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-21-Orl-22DAB**

**BETHZAIDA FIGUEROA v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**

**MDL Case No. 6:09-cv-24-Orl-22DAB**

**JOHN NORMAN v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-30-Orl-22DAB**

**DAVID TAUL v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-38-Orl-22DAB**

**MELISSA MURAWSKI v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.**
**MDL Case No. 6:09-cv-119-Orl-22DAB**

_____

## ORDER

This cause is before the Court on the Motions to Withdraw as Attorney filed in the above-captioned cases on April 15, 2010.

The United States Magistrate Judge has submitted a report recommending that these motions be denied, and further recommending that these cases be dismissed for failure to prosecute and abandonment of Plaintiffs' claims due to their failure to respond to counsel and the Court's Order to Show Cause.[1]

After an independent *de novo* review of the record in these matters, and noting that no objections were timely filed,[2] the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

---

[1] Two of the cases to which the Report and Recommendation applied have since been dismissed by stipulation of the parties, thus rendering the motions to withdraw moot. *See* Doc. 13, *Robert Reedy v. AstraZeneca Pharms. LP, et al.*, No. 6:09-cv-112-Orl-22DAB; Doc. 14, *Debra Payne v. AstraZeneca Pharms. LP, et al.*, No. 6:09-cv-239-Orl-22DAB.

[2] Presumably in response to the Report and Recommendation, Plaintiff Sharon Dennis filed a document entitled "Consulting Agreement," which was stricken by the Magistrate Judge as an unauthorized and nonsensical pleading. *See* Doc. 9, *Sharon Dennis v. AstraZeneca Pharms. LP, et al.*, No. 6:08-cv-944-Orl-22DAB.

1.	The Report and Recommendation filed May 4, 2010 (Doc. 1632) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.	The Motions to Withdraw as Attorney in the above-captioned cases are **DENIED**.

3.	All of Plaintiffs' claims against Defendants are hereby **DISMISSED** without prejudice for failure to prosecute and abandonment of their claims.

4.	The Clerk is directed to **CLOSE** these cases.

5.	The Clerk is additionally directed to file a copy of this Order in each of the above-captioned cases.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on May 24, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

ANNE C. CONWAY
United States District Judge